# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ISSAC BRANCH, III**                                                                           **PLAINTIFF**

v.                               **Case No. 3:17-cv-00007 KGB**

**STATE OF ARKANSAS,** *et al.*                                            **DEFENDANTS**

## ORDER

Plaintiff Issac Branch, III, an inmate at the Mississippi County Detention Facility, filed this case *pro se* under 42 U.S.C. § 1983, (Dkt. No. 2), together with a certified copy of his trust fund account statement and a calculation sheet which was docketed as a motion to proceed *in forma pauperis* (Dkt. No. 1).

Mr. Branch's motion to proceed *in forma pauperis* is denied without prejudice because he filed an incomplete application. Mr. Branch must file a completed and signed Application to Proceed Without Prepayment of Fees and Affidavit. *See* 28 U.S.C. § 1915(a)(2). Mr. Branch is directed to file a complete application within 30 days of the date of this Order. The Clerk is directed to forward to Mr. Branch a federal *in forma pauperis* application packet with a copy of this Order.

Mr. Branch also must file an amended complaint that complies with the Federal Rules of Civil Procedure within 30 days of the date of this Order. Mr. Branch, in his amended complaint, must: (1) identify the claims he intends to bring; (2) identify the defendants he intends to sue; (3) include a short statement of the specific role each defendant had in the alleged constitutional violations; and (4) describe the injuries Mr. Branch sustained. Mr. Branch's failure to file an amended complaint within 30 days of this Order could result in the dismissal of his lawsuit. The Clerk is directed to forward to Mr. Branch a blank 42 U.S.C. § 1983 complaint form.

Finally, Mr. Branch is notified that Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas requires *pro se* litigants like Mr. Branch to: (1) notify promptly the Court and the other parties in the case of any change of address; (2) to monitor the progress of the case; and (3) to prosecute or defend the action diligently. Mr. Branch should be aware that Rule 5.5 further provides that the failure to respond to any communication from the Court within 30 days may result in dismissal of the case. Any party proceeding *pro se* is expected to be familiar with and follow the Federal Rules of Civil Procedure as well as the Local Rules of this Court. A copy of the Local Rules may be obtained from the District Clerk for the Eastern District of Arkansas.

So ordered this the 19th day of October 2017.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge