# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**ISSAC BRANCH, III**                                                                 **PLAINTIFF**

v.                                    **Case No. 3:17-cv-00007-KGB**

**STATE OF ARKANSAS,** *et al.*                                                       **DEFENDANTS**

## ORDER

On October 19, 2017, the Court denied plaintiff Issac Branch, III's motion to proceed *in forma pauperis* because it was incomplete, and the Court directed Mr. Branch to file, on or before November 19, 2017, a complete *in forma pauperis* application (Dkt. No. 4). The Court also directed Mr. Branch to file an amended complaint on or before November 19, 2017 (*Id*). Mr. Branch was advised that, if he failed to do so timely, this case would be dismissed pursuant to Local Rule 5.5(c)(2) of the Rules of the United States District Courts for the Eastern and Western Districts of Arkansas, which provides in part: "If any communication from the Court to a *pro se* plaintiff is not responded to within thirty (30) days, the case may be dismissed without prejudice."

As of the date of this Order, Mr. Branch has not complied with the Court's Order of October 19, 2017, and the time for doing so has passed. Accordingly, this case is dismissed without prejudice. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an in forma pauperis appeal would not be taken in good faith.

So ordered this 3rd day of October, 2018.

                                                      Kristine G. Baker
                                                      United States District Judge