# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**ISSAC BRANCH, III**                                          **PLAINTIFF**

**v.**                    **Case No. 3:17-cv-00007-KGB**

**STATE OF ARKANSAS,** *et al.*                              **DEFENDANTS**

## **JUDGMENT**

Pursuant to the Order filed on this date, it is considered, ordered, and adjudged that plaintiff Issac Branch, III's complaint is dismissed without prejudice.

So adjudged this 3rd day of October, 2018.

                                                    _____
                                                    Kristine G. Baker
                                                    United States District Judge